COTEX CORPORATION, a corporation, complainant-appellant,

*v.*

OXTEX CORPORATION and OSCAR A. BERMAN, defendants-respondents.

[Decided October 30th, 1936.]

378

*Messrs. Lum, Tamblyn & Fairlie,* for the appellant.

*Mr. James E. Reilly,* for the respondents.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons expressed in the opinion delivered by Vice-Chancellor Bigelow in the court of chancery.

*For affirmance*—THE CHIEF-JUSTICE, TRENCHARD, PARKER, LLOYD, CASE, BODINE, HEHER, PERSKIE, HETFIELD, DEAR, WELLS, WOLFSKEIL, RAFFERTY, COLE, JJ. 14.

*For reversal*—None.